### Sandford ag$^t$ Orchard

Robert Sandford plaint. ag$^t$ Robert Orchard Defend$^t$ in an action of the case for running a halfe pike or instrument into the side of a horse of the s$^d$ Sandford of which wound made thereby the s$^d$ horse dyed to the great damage of the s$^d$ Sandford according to attachm$^t$ dat. Octob$^r$ 30th 1675. . . . The Jury . . . founde for the plaint. for this damage that comes by the Stabbing his horse Seven pounds mony & costs of Court. allow$^d$ twenty nine Shillings ten pence.
Execution issued 17° Nov. 1679.

[ This case was retried in April, 1681, too late to be covered by this book. From documents filed with that case, it appears that it grew out of service in King Philip's War.

The following is from the Reasons of Appeal of Joseph Holmes, Sanford's attorney, dated September, 1681 (S. F. 2013.4):

3 from the merit of the case: tis svfistiantly prooved that orchard killed Sanfords hors and that with ovt any Just cavs and thear fore tis bvt an honist thing that he shoolld pay for him and not the contry as orchard woold have it nor shoold sanford loos his hors and so good a hors as he was and so baisly killd as is evident from the testemonys he was the witnesis say thear was a fenc betwen the men and the horsis and orchard only he and with his havlf pick and sav

him stab the hors and sav him pvll hard to pvll his havlf pick ovt of the hors and saw the blood gvs ovt and when he had don denyed it and woold have hid it if posibill he covld and now he woold insinvate as tho he killed the hors for his own saifte and the saifte of his men so he swor at aprill covrt how thear can be any trvth in it I leve to this honnerd covrt and gentillmen of the Jvry to Jvdg. . . .

S. F. 2013.7

The testimony of John Howard aged about .30. yeares testifieth and Saith that hee this deponent drove Robert Sandfords horse with his own horses to Swanzey and the s^d Sandfords horse being the horse now in controversy, was a very Stought Serviceable horse and performed his Service better then any horse there; Also hee this deponent Saith that hee comming from a meadow with his own horses to the yard where this horse of s^d Sandford stood, severall of the Souldiers came to me and told me that the horse that came thither in that cart J came with is stabbed, J asked them who did it they told me it was Robert Orchard and they went to the bundle of pikes and brought me a halfe pike that was bloody at the end and bowed and said this was the pike that did it

Sworn in Court. January. 26: 1675. as attests Js^a Addington Cl^re

Copia vera attest^r Js^a Addington Cl^re

Other depositions are in S. F. 2013.8, and Orchard's answer to Holmes is in S. F. 25899:

3^dly To y^e merit of y^e case as he calleth it I answere y^t whearas he saith it is suffitiantly proued y^t I Killed Sandfords horse and that without any just cause: Theare was neauor any euidence in Court y^t Sandfords horse is dead much Lesse y^t I Killed hime for if it weare True as is affirmed: Yet Sandford had noe horse theare for what horses was theare was y^e Cuntryes and whearas hee saith y^t I would haue y^e contry to pay for y^e horse it is a great mistake for I doe not concearne my selfe w^th any such thing, but I sue for my owne money y^t was un-justly taken away from mee by Sandf[ord] as for y^e rest of his Allegations I answere thus it was that when y^e army removed from Swanzie to Naraganset y^t the counsell Left mee in charg[e] w^th y^e garison at Swanzie when Capt Huchin-son returned w^th y^e Article[s] of peace from Naraganset after I had re[ceued] hime into y^e garison hee tould mee I must furnish hime w^th horsses and other nesesarys for Boston wheare vppon I comanded A file of musqueteeres to fetch mee vpp sume horsses which accordingly was done and they were tyed to A fenc among which were two Stone Horsses which were A fighting and bro[torn] there fast and Brock downe y^e fenc and came among our men and y^e Indians y^t satt Downe under y^e fence and whearas he sayth y^t I would insinuate by my swearing y^t I Killed y^e horse for my one defenc[e] and y^e defence of my men y^e Court may please to remember y^t they tou[l]d mee in open Court that if I could say that what I Did was for my nesesary Defence and Safety and preceruation of my men y^t it would bee sufficiant soe y^t I was called by y^e Court to testifie to y^e Truth of that pertiquelar therfore noe insinuation and this I could haue proued had I not beene under great Disaduantag when hee Arested mee just when I was goeing for England and had not Time to prouid to defend the case so y^t noe defence was made but had Robert Sandford beene honest in causing his euidences to sweare y^e whole Truth it would haue sufficiantly proued y^t what I did was in my own Defence and for y^e safty of my men but he got hi[s] euidences

to y^e Beare Taverne and ther writt what would serue his own turns as they haue since informed mee and are redy to testifie if New Euidences might be admitted that y^e horse came open mouthed at me and forssed me to jumpe ouer a w[e]ll and had Like to haue pawed me under hime when I went to part them

Lastly — y^e Honoured Court and Gentlemen of y^e Iury may please to take notice of y^e eror of y^e first jury not only in that there was noe horse pro[ued] to bee dead but in ouer rating y^e supposed dead horse contrary to law w^ch saith noe horse shall bee rated aboue Thre pounds in y^e Cuntrys Seruice but they haue giuen hime seuen pounds for a horsse w^ch if euor was his it is unknowne to me but howeuor it was y^e Countrys horss w^ch none will gainsay or Question

and further if y^e Honoured Court and Gentlemen of y^e Iury will please to Consider and compare y^e Attachment and his euidences toget[her] I dare prusume they will finde it a Very strang Verdict and indeed there is noe two Euidences speaks one thing y^t is essentiall to his Case: Thus hopeing y^e honoured Courte and Gentlemen of y^e Iury will See Cause to confirme y^e Iudgment of y^e Last Court w^th other Due Dammages

I subscrib Yo^r Humble seruant

Robert Orchard ]